# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GS CAPITAL PARTNERS, LLC,<br><br>   Plaintiff<br><br>v.<br><br>BLACKSTAR ENTERPRISES GROUP, INC.,<br><br>   Defendant | Case No.: 2:23-cv-01903-APG-EJY<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that defendant Blackstar Enterprises Group, Inc.'s certificate of interested parties (ECF No. 6) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate identifies the citizenship only of Blackstar's parent entity, not Blackstar itself, as required by the amendment to that rule.

I FURTHER ORDER the defendant to file a proper certificate of interested parties by December 5, 2023.

DATED this 21st day of November, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE