Ogonna M. Brown, Bar No. 7589
OBrown@lewisroca.com
Trent Earl, Bar No. 15214
TEarl@lewisroca.com
Christine R. Hotchkin, Bar No. 15568
CHotchkin@lewisroca.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel:     702.949.8200
Fax:    702.949.8398

*Attorneys for Plaintiff GS Capital Partners LLC*

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GS CAPITAL PARTNERS LLC, a New York limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BLACKSTAR ENTERPRISE GROUP, INC., a Delaware limited liability company, and DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.:   2:23-cv-01903-APG-EJY<br><br>**STIPULATION AND JOINT MOTION TO REMAND** |

The parties, Plaintiff GS Capital Partners LLC ("Plaintiff") and Defendant Blackstar Enterprise Group, Inc. ("Defendant"), by and through undersigned counsel, hereby stipulate and jointly move to remand the above-captioned action to the Eighth Judicial District Court, Clark County, Nevada. In support of this Stipulation, the parties state as follows:

1. Plaintiff commenced this action *GS Capital Partners LLC v. Blackstar Enterprise Group, Inc.*, Case No. A-23-881099-B in the Eighth Judicial District Court, County of Clark, Nevada on November 6, 2023 ("State Court").

2. The State Court issued a temporary restraining order on November 9, 2023 ("TRO") and scheduled a hearing on Plaintiff's motion for preliminary injunction for November 27, 2023 ("PI Hearing").

123049353.2

3. Defendant removed this action to the U.S. District Court for the District of Nevada on November 17, 2023, (ECF No. 1), based on diversity pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

4. In light of the removal, in the morning of November 21, 2023, the State Court canceled the PI Hearing.

5. Counsel for Plaintiff subsequently notified counsel for Defendant of citizenship for all entities that are members of GS Capital Partners LLC. Prior to this notification, neither Defendant nor Defendant's counsel was aware of the member or their related citizenship.

6. Parties hereby stipulate to remand back to State Court because diversity is lacking under 28 USC 1332.

7. Consistent with the State court's prior order, and without waiver by either party to challenge, modify, or seek additional rights, the parties stipulate that the TRO shall remain in place until the PI Hearing is held.

8. Parties stipulate to request that the PI Hearing before the State Court be re-set for the original hearing date to avoid any delay.

. . .

. . .

. . .

. . .

. . .

123049353.2

**IT IS HEREBY STIPULATED AND AGREED**

Dated this 21st day of November, 2023

By: */s/ Maximilien D. Fetaz*
Maximilien D. Fetaz, Esq., NV Bar No. 12737
mfetaz@bhfs.com
Eric D. Walther, Esq., NV Bar No. 13611
ewalther@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: 702.382.2101
Facsimile: 702.382.8135

Ian Rainey, Esq. (*pro hac vice pending*)
Ian.rainey@haynesboone.com
Brent R. Owen, Esq. (*pro hac vice forthcoming*)
Brent.owen@haynesboone.com
HAYNES AND BOONE, LLP
675 15th Street, Suite 2200
Denver, Colorado 80202
Telephone: 303.382.6200
Facsimile: 303.382.6210
*Attorneys for Defendant*

*Blackstar Enterprise Group, Inc.*

Dated this 21st of November, 2023

By: */s/ Ogonna M. Brown*
Ogonna M. Brown, Bar No. 7589
Trent Earl, Bar No. 15214
Christine R. Hotchkin, Bar No. 15568
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

*Attorneys for Plaintiff GS Capital Partners LLC*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: __November 21, 2023_____

LEWIS ROCA
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
123049353.2